47

**Clarence BOGGAN, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 02–7211.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated
September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Charles E. BONNER, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 02–7212.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated
September 22, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Robert J. CASPER, Claimant–
Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.**

No. 02–7213.

United States Court of Appeals,
Federal Circuit.

Oct. 15, 2004.

ORDER

Pursuant to the Court's letter dated
September 22, 2004.

IT IS ORDERED THAT:

This appeal is dismissed.